■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELRICO RANDLE, Appellant. (Appeal No. 1.) [801 NYS2d 189]— Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered November 22, 2002. The judgment convicted defendant, upon a jury verdict, of robbery in the first degree (three counts), sodomy in the first degree and rape in the first degree (two counts).

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (see CPL 450.30 [3]; People v Gannon, 2 AD3d 1214 [2003]). Present—Pigott, Jr., P.J., Gorski, Martoche, Pine and Lawton, JJ.